UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NCMIC INSURANCE CO.,

        **Plaintiff,**
v.

       Case No. 2:18-cv-533
       **CHIEF JUDGE EDMUND A. SARGUS, JR.**
       **Magistrate Judge Kimberly A. Jolson**

RYAN D. SMITH, D.C., *et. al*,

        **Defendants.**

## OPINION AND ORDER

On April 23, 2019, the United States Magistrate Judge issued a Report and Recommendation (ECF No. 57) recommending that this action be dismissed without prejudice against Jane Doe Defendants 2–50 pursuant to Federal Rule of Civil Procedure 4(m) for failure to timely effect service of process. The Report and Recommendation advised the parties that failure to object within fourteen days would result in a waiver of review by a District Judge. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.

Therefore, the Court **ADOPTS** the Report and Recommendation. (ECF No. 57). Plaintiff's claims against Jane Doe Defendants 2–50 are **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to remove Jane Doe Defendants 2–50 from the case.

      IT IS SO ORDERED.

5-23-2019
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE